CR-01-459 (BAN)  To: ARR
CR-01-461 (ARR)

July 28

Honorable Judge Reggi,

I am writing in regards to my son Derrick Reese 09661-023 (El Reno, OK). You were his judge back in 2002, I believe. Our situation is desperate. Derrick needs a public defender. We have no money to hire an attorney. We are trying to appeal Derrick's case. We've been trying for three & a half years. We are hoping that you can help us by appointing a public defender or at least point us in the right direction to get one appointed. We truely appreciate your time and effort in this matter.

Sincerely

Cheryl Mayfield
388 Heyburn Ave.
Twin Falls Id. 83301

(208) 734-3853

The court is not empowered to assist you at this time.   USDJ
08/1/06
cc: Ms. Ma